IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JERRY LEE DONOVAN,

    Petitioner,

v.

MARION FEATHER,

    Respondent.

Civ. No. 3:15-cv-00504-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas Coffin filed a Findings and Recommendation, ECF No. 13, and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation is ADOPTED. Petitioner's Petition, ECF No. 1, is DENIED, and his Motion to Expedite, ECF No. 12, is DENIED as moot. IT IS SO ORDERED.

    DATED this 8th day of June, 2016.

                                                  Michael McShane
                                           United States District Judge

1 – ORDER